# United States Court of Appeals for the Fifth Circuit

————————

No. 23-10510

————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 12, 2024

Lyle W. Cayce
Clerk

Monica Lynn MacConnell McReynolds,

*Plaintiff—Appellant*,

*versus*

Bell Textron, Incorporated,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-194

_____

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Monica Lynn MacConnell McReynolds brought employment discrimination and various state-law claims against her former employer, Bell Textron. The district court dismissed McReynolds's claims with prejudice. McReynolds appealed. We have carefully considered the appeal in light of the briefs, opinion of the district court, and pertinent portions of the record. Having done so, we find no reversible error of fact or law. AFFIRMED.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.